UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
URGENT ONE MEDICAL CARE, PC, d/b/a DAVID
E. SIMAI PEDIATRICS, ON BEHALF OF PLAINTIFF    No. 2:21-cv-4180
AND THE CLASS DEFINED HEREIN,

           Plaintiff,

  –against–

CO-OPTIONS, INC., d/b/a THE SAMPLING STORE;    **NOTICE**
KRAFT HEINZ FOODS COMPANY; KRAFT FOODS    **OF SETTLEMENT**
GROUP BRANDS, LLC and JOHN DOES 1-10,    **OF PROPOSED ORDER**

           Defendants.
---------------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that, pursuant to Rule 77.1 of the Local Rules of Court, a Proposed Order, of which the within is a true copy, will be presented for settlement to the Honorable Joanna Seybert, one of the Judges of the within named Court, at the United States District Court for the Eastern District of New York Courthouse, via ECF, on January 17, 2022 at 9:30 a.m.

                      Respectfully submitted,

                      LAW OFFICES OF
                      STEPHEN R. MARKMAN

    By:  _____
                      STEPHEN R. MARKMAN (SM-1357)
                      *Attorneys for Defendant,*
                      **CO-OPTIONS, INC.**
                      90 Broad Street, Suite 1700
                      New York, New York 10004
                      (718) 858-9676
                      stephen@markmanlaw.com

McNEW P.A.
s/ C. Sanders McNew
C. Sanders McNew (CM-0602)
*Attorneys for Defendant,*
**CO-OPTIONS, INC.**
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida 33431
Tel: (561) 299-0257
sanders@mcnew.net

Dated: New York, New York
        January 13, 2022


To:    K&L GATES, LLP
*Attorneys for Defendants,*
**KRAFT HEINZ FOOD COMPANY
& KRAFT FOODS GROUP BRANDS, LLC**
Via ECF

ADAM J. FISHBEIN, P.C.
*Attorneys for Plaintiff,*
**URGENT ONE MEDICAL CARE, PC,
D/B/A DAVID E. SIMAI PEDIATRICS
ON BEHALF OF PLAINTIFF AND THE CLASS DEFINED HEREIN**
Via ECF


EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
*Attorneys for Plaintiff,*
**URGENT ONE MEDICAL CARE, PC,
D/B/A DAVID E. SIMAI PEDIATRICS
ON BEHALF OF PLAINTIFF AND THE CLASS DEFINED HEREIN**
Via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
URGENT ONE MEDICAL CARE, PC, d/b/a DAVID
E. SIMAI PEDIATRICS, ON BEHALF OF PLAINTIFF     No. 2:21-cv-4180
AND THE CLASS DEFINED HEREIN,

         Plaintiff,

  –against–

CO-OPTIONS, INC., d/b/a THE SAMPLING STORE;
KRAFT HEINZ FOODS COMPANY; KRAFT FOODS
GROUP BRANDS, LLC and JOHN DOES 1-10,

         Defendants.
-------------------------------------------------------------------X

**(Proposed)**

## ORDER

THIS CAUSE comes before the Court on the motion of defendant Co-Options, Inc., [DE 27] to dismiss the Amended Complaint [DE 26] for, *inter alia*, lack of Article III jurisdiction and for failure to state a class claim. ("Motion.") The Court has reviewed the Motion and its supporting declarations, and is otherwise advised in the premises.

Co-Options filed the Motion on December 21, 2021. Plaintiff's opposition was due fourteen days thereafter. See Local Civil Rule 6.1(b)(2). To date, no responses have been filed. Accordingly, it is:

**ORDERED** that the Motion be, and hereby is, GRANTED; and it is further

**ORDERED** that the Amended Complaint be, and hereby is, DISMISSED without prejudice as to plaintiff's individual claim for relief, which the Motion does not challenge; and it is further

**ORDERED** that if Plaintiff wishes to proceed with its individual claim, it shall serve an amended complaint, alleging only Plaintiff's individual claim for relief, no later than ten days

from the date of this Order.

**DONE AND ORDERED** in Chambers at Central Islip, New York, this \_\_\_\_ day of January, 2022.

_____
**JOANNA SEYBERT**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2022, I caused a true and correct copy of the foregoing Proposed Order with Notice of Settlement, to be served by CM/ECF upon all parties listed to receive electronic service of papers in this case.

_____
STEPHEN R. MARKMAN, ESQ.