**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| URGENT ONE MEDICAL CARE, PC, d/b/a DAVID E. SIMAI PEDIATRICS, on behalf of the Plaintiff and the Class defined herein,<br>   Plaintiff,<br><br>  v.<br><br>CO-OPTIONS INC., d/b/a THE SAMPLING STORE; KRAFT HEINZ FOODS COMPANY; KRAFT FOODS GROUP BRANDS LLC; and JOHN DOES 1-10,<br>   Defendants. | No. 2:21-cv-04180<br><br>Judge Seybert<br><br>**NOTICE OF SETTLEMENT OF PROPOSED ORDER** |

  **PLEASE TAKE NOTICE** that, pursuant to Rule 77.1 of the Local Rules of Court, a Proposed Order, of which the within is a true copy, will be presented for settlement to the Honorable Joanna Seybert, one of the Judges of the within named Court, ad the United States District Court for the Eastern District of New York Courthouse, via ECF, on January 17, 2022 at 9:30 a.m.

Dated: January 13, 2022

               Respectfully submitted,

               K&L GATES LLP

               /s/ Tara Pehush
               Tara Pehush
               tara.pehush@klgates.com
               Justin Roeber
               justin.roeber@klgates.com
               599 Lexington Avenue
               New York, NY 10022
               Tel: (212) 536-3900

               Molly K. McGinley
               molly.mcginley@klgates.com
               70 W. Madison St. Suite 3100
               Chicago, IL 60602
               Tel: (312) 372-1121
               *Pro Hac Vice*

               David R. Osipovich
               david.osipovich@klgates.com

Jessica Moran
jessica.moran@klgates.com
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-6500
*Pro Hac Vice*

*Counsel for Defendants Kraft Heinz Foods Company and Kraft Foods Group Brands LLC*

To: Law Office of Stephen R. Markman
McNew P.A.
*Counsel for Defendant Co-Options Inc.*
Via ECF

Adam J. Fishbein, P.C.
Edelman, Combs, Latturner & Goodwin, LLC
*Counsel for Plaintiff*
Via ECF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| URGENT ONE MEDICAL CARE, PC, d/b/a DAVID E. SIMAI PEDIATRICS, on behalf of the Plaintiff and the Class defined herein,<br>      Plaintiff,<br><br>      v.<br><br>CO-OPTIONS INC., d/b/a THE SAMPLING STORE; KRAFT HEINZ FOODS COMPANY; KRAFT FOODS GROUP BRANDS LLC; and JOHN DOES 1-10,<br>      Defendants. | No. 2:21-cv-04180<br><br>Judge Seybert<br><br>**NOTICE OF SETTLEMENT OF PROPOSED ORDER** |

**(Proposed)**

**Order**

THIS CAUSE comes before the Court on the motion of Defendants Kraft Heinz Foods Company and Kraft Foods Group Brands LLC ("Kraft Defendants') [DE 28] to dismiss the Amended Complaint [DE 26] for, *inter alia*, lack of Article III jurisdiction and for failure to state a class claim ("Motion"). The Court has reviewed the Motion and its supporting declarations.

The Kraft Defendants filed the Motion on December 29, 2021. Plaintiff's opposition was due fourteen days thereafter. See Local Civil Rule 6.1(b)(2). To date, no responses have been filed. Accordingly, it is:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Amended Complaint is DISMISSED without prejudice as to Plaintiff's individual claim for relief, which the Motion does not challenge; and it is further

**ORDERED** that if Plaintiff wishes to proceed with its individual claim, it shall serve an amended complaint, alleging only Plaintiff's individual claim for relief, no later than ten days from the date of this Order.

**DONE AND ORDERED** in Chambers at Central Islip, New York, this ____ day of January, 2022.

_____
Joanna Seybert
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2022, a copy of the foregoing document was filed and served electronically via CM/ECF on all those registered to receive notices in this case.

                                         By:  /s/ Tara Pehush
                                                    Tara Pehush