UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
URGENT ONE MEDICAL CARE, PC,           :
d/b/a DAVID E. SIMAI PEDIATRICS,       :
On behalf of Plaintiff and the class defined herein,   :
                                       :
                         Plaintiff,    :        Case No. 2:21-cv-4180
                                       :
–against–                              :        Hon. Judge Joanna Seybert
                                       :
CO-OPTIONS INC., d/b/a                 :
THE SAMPLING STORE;                    :
KRAFT HEINZ FOODS COMPANY;             :
KRAFT FOODS GROUP BRANDS LLC;          :
And JOHN DOES 1-10,                    :
                         Defendants.   :
------------------------------------------------------------X

## ORDER re: STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed

R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice

and without costs. The claims of the putative class are dismissed without prejudice and without

costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Dated: January 10, 2023

                                       Respectfully submitted,


/s/Dulijaza Clark                      /s/Tara Pehush (with consent)
Dulijaza Clark (admitted pro hac vice)  Tara Pehush
Daniel A. Edelman (admitted pro hac vice)  Justin Roeber
EDELMAN, COMBS, LATTURNER              K&L GATES LLP
& GOODWIN, LLC                         599 Lexington Avenue
20 S. Clark St, Suite 1500             New York, NY 10022
Chicago, Illinois 60603                Telephone: (212) 536-3900
Telephone: (312) 739-4200              tara.pehush@klgates.com
jclark@edcombs.com                     justin.roeber@klgates.com
dedelman@edcombs.com
courtecl@edcombs.com
Pro Hac Vice

1

Adam J. Fishbein
**ADAM J. FISHBEN, P.C.**
735 Central Avenue
Woodmere, NY 11598
Tel: (516)668-6945
fishbeinadamj@gmail.com

*Counsel for Plaintiff*

/s/ *Stephen R. Markman* (with consent)
Stephen R. Markman (SM-1357)
**LAW OFFICE OF**
**STEPHEN R. MARKMAN**
90 Broad Street, Suite 1700
New York, NY 10004
Tel: (718) 858-9676
stephen@markmanlaw.com

Charles S. McNew (CM-0602)
**MCNEW P.A.**
2385 NW Executive Center Drive
Suite 100
Boca Raton, FL 33431
Tel: (561) 299-0257
sanders@mcnew.net

*Counsel for Defendant Co-Options Inc.*

Molly K. McGinley
**K&L GATES LLP**
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
molly.mcginley@klgates.com
Pro Hac Vice

David R. Osipovich
Jessica Moran
**K&L GATES LLP**
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-6500
david.osipovich@klgates.com
jessica.moran@klgates.com
Pro Hac Vice

*Counsel for Defendants Kraft Heinz*
*Foods Company and Kraft Foods*
*Group Brands LLC*

The Clerk of Court is directed to CLOSE
this case. **SO ORDERED** this 10th day of
January 2023.

/s/ JOANNA SEYBERT
U.S. District Judge, E.D.N.Y.

2